PAE-AO                              Page 3

**RBS**

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY **14 · 4906**

| **United States District Court** | District | **EASTERN DISTRICT OF PENNSYLVANIA** |
|---|---|---|

| Name (under which you were convicted): | Docket or Case No.: |
|---|---|
| Keenan Brown | 05-cr-440-4 |

| Place of Confinement: | Prisoner No.: |
|---|---|
| USP Allenwood | 60002-066 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| V. | Keenan Brown |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United States District Court Eastern District of Pennsylvania

   (b) Criminal docket or case number (if you know): 05-CR-440-04

2. (a) Date of the judgment of conviction (if you know): December 5, 2008

   (b) Date of sentencing: May 7, 2009

3. Length of sentence: Life

4. Nature of crime (all counts): Count one: Conspiracy to distribute five Kilograms or more of Cocaine, Count nine: Distribution of five grams or more of Cocaine base (crack), Count two: Using a telephone to facilitate drug trafficking

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑       (2) Guilty ☐      (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?    N/A

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐

RECEIVED
AUG 21 2014

PAE-AO 243 (Rev. 10/09)                                                                    Page 4

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?       Yes ☐          No ☑

8.  Did you appeal from the judgment of conviction?          Yes ☑          No ☐

9.  If you did appeal, answer the following:
    (a) Name of court: _United States District Court for the Eastern District of PA_
    (b) Docket or case number (if you know): ___05-440___
    (c) Result: ___Conviction Affirmed___
    (d) Date of result (if you know): _____Feburary 18th 2014_____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____

PAE-AO 243 (Rev. 10/09)                                                                                      Page 5

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐        No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐        No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:        Yes ☐        No ☐

    (2)  Second petition:      Yes ☐        No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**          See § 2255 motion

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground One:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☑

(2)   If you did not raise this issue in your direct appeal, explain why: ineffective assistance of Counsel claims are not Appropriate for direct review, and must be raised in a habeas proceeding.

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

PAE-AO 243 (Rev. 10/09)                                                                                     Page 7

(4)  Did you appeal from the denial of your motion, petition, or application?
   Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
   issue: _____

_____
_____
_____
_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?
   Yes ☐        No ☐

PAE-AO 243 (Rev. 10/09)                                                                                  Page 8

      (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

     (1)  Did you raise this issue in any post-conviction motion, petition, or application?

         Yes ☐      No ☐

     (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

     (3)  Did you receive a hearing on your motion, petition, or application?

         Yes ☐      No ☐

     (4)  Did you appeal from the denial of your motion, petition, or application?

         Yes ☐      No ☐

     (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

         Yes ☐      No ☐

     (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

     (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

PAE-AO 243 (Rev. 10/09)

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

   (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐     No ☐

   (2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

   (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐     No ☐

   (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

   (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐     No ☐

   (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐     No ☐

   (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐     No ☐

PAE-AO 243 (Rev. 10/09)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐         No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐         No ☐

PAE-AO 243 (Rev. 10/09)                                                                                    Page 11

(2)   If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: _____

_____

_____

_____

_____

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

_____

PAE-AO 243 (Rev. 10/09)                                                                                    Page 12

14.    Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment
       you are challenging?         Yes ☐        No ☑

       If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
       issues raised. _____

       _____

       _____

       _____

       _____


15.    Give the name and address, if known, of each attorney who represented you in the following stages of the
       judgment you are challenging:
       (a) At the preliminary hearing: _Christopher Furlong_____

       (b) At the arraignment and plea: _____

       (c) At the trial: _Elliott Cohen_____

       (d) At sentencing: ____Kenneth Edelin_____
       (e) On appeal: _____Kenneth Edelin_____

       (f) In any post-conviction proceeding: _____N/A_____

       (g) On appeal from any ruling against you in a post-conviction proceeding: _____N/A_____


16.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
       challenging?         Yes ☐        No ☑

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

       _____

       (b) Give the date the other sentence was imposed: _____

       (c) Give the length of the other sentence: _____

       (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
       sentence to be served in the future?         Yes ☐        No ☐

17.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
* 28 U.S.C. § 2255(f), provides that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
   from the latest of –
      (1)   the date on which the judgment of conviction became final;
      (2)   the date on which the impediment to making a motion created by governmental action in violation of
      the Constitution or laws of the United States is removed, if the movant was prevented from making such
      a motion by such governmental action;
      (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
      been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
      review; or
      (4)   the date on which the facts supporting the claim or claims presented could have been discovered
_____ through the exercise of due diligence.

PAE-AO 243 (Rev. 10/09)                                                                                              Page 14

Therefore, movant asks that the Court grant the following relief:    *See § 2255 Motion*

_____

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on    8-18-14    .

(month, date, year)

Executed (signed) on    8-18-14    (date)

*Keenan Brown*

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____

_____

_____